# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL J. KAHANE,**
Appellant,

v.

**DETECTIVE ANGELA C. FLOWERS** and **KEN MASCARA, SHERIFF ST. LUCIE COUNTY, FLORIDA,**
Appellees.

No. 4D19-285

[February 6, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432018CA000544.

Michael J. Kahane, Defuniak Springs, pro se.

Harrison A. Joss and Bruce W. Jolly of Purdy, Jolly, Giuffreda, Barranco & Jisa, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***